United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald Cunningham, | NO. C 04-04641 JW |
| Plaintiff(s), | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| United States of America, et al., | |
| Defendant(s). | |

In their Supplemental Joint Case Management Statement (Docket Item No. 30), the parties requested that the case management conference, currently scheduled for Monday, July 25, 2005, be continued for 60 days. (Joint Case Management Statement at 1:27-28.) Accordingly, this Court continues the case management conference to Monday, September 26, 2005 at 10:00 a.m. The parties shall file their Joint Case Management Statement, pursuant to Civil L.R. 16-9 and 16-10, on or before Friday, September 16, 2005.

Dated: July 20, 2005

/s/James Ware
JAMES WARE
United States District Judge

04cv4641cont-cmc

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark St. Angelo mark.st.angelo@usdoj.gov
Michael A. Kelly mkelly@walkuplawoffice.com
Michon M. Herrin mherrin@walkuplawoffice.com
Thomas Glaspy tglaspy@sjglaspy.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

William McMillan
1595 Millenial Lane
Lawrenceville, GA  30045

**Dated:  July 20, 2005**                                          **Richard W. Wieking, Clerk**

                                                             **By:/s/JWchambers**
                                                                 **Ronald L. Davis**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California