THOMAS P. GLASPY, ESQ. (CA SBN 121227)
GLASPY & GLASPY, INC.
   1550 The Alameda, Suite 200
   San Jose, CA 95126-2325
   Telephone:  408-279-8844

Attorneys for Defendant Ultralite Enterprises, Inc.

KEVIN V. RYAN (CA SBN 118321)
United States Attorney
Joann M. Swanson (CA SBN 88143)
Chief, Civil Division
Mark St. Angelo (CA SBN 74045)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, CA 95113-2009
   Telephone: 408-535-5087

Attorneys for Defendant United States of America

*IT IS SO ORDERED — Judge James Ware* [court seal]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DONALD CUNNINGHAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **No. C-04-4641 MJJ** <br><br> **STIPULATION FOR ENTRY OF ORDER THAT SETTLEMENT IS IN GOOD FAITH AND FOR DISMISSAL OF CROSS-CLAIMS, AND [PROPOSED] ORDER** |

     IT IS HEREBY STIPULATED AND AGREED by and between Defendant/Cross-Claimant/Cross-Defendant Ultralite Enterprises, Inc. ("Ultralite"), and Defendant/Cross-Claimant/Cross-Defendant United States of America (the "United States"), as follows:

     1.    The settlement reached between the United States and Plaintiff Donald Cunningham ("Cunningham"), pursuant to which the United States is to pay to Cunningham a total of $20,000.00, is a good faith settlement as that term is used in Cal. Civ. Proc. Code §§ 877, 877.6, and thereby bars any equitable or implied indemnity action against the United States herein.

     2.    The cross-claim of Ultralite seeking indemnity and/or contribution from the United States may and should be dismissed, with each party to bear its own costs, including attorney's fees, if any.

3. The cross-claim of the United States seeking indemnity and/or contribution from Ultralite may and should be dismissed, with each party to bear its own costs, including attorney's fees, if any.

Respectfully submitted,

| GLASPY & GLASPY, INC. | KEVIN V. RYAN |
| --- | --- |
|  | United States Attorney |
| /s/ Thomas P. Glaspy | /s/ Mark St. Angelo |
| Thomas P. Glaspy, Esq. | Mark St. Angelo |
| Attorneys for Ultralite Enterprises, Inc. | Assistant United States Attorney |
| Dated:   7/20/05 | Dated:   20 July 05 |

**O R D E R**

PURSUANT TO STIPULATION, the Court hereby finds that the settlement between the United States of America and Plaintiff Donald Cunningham is a good faith settlement, as that term is used under applicable California law. Therefor,

IT IS HEREBY ORDERED that the settlement between the United States of America and Plaintiff Donald Cunningham is a good faith settlement for all purposes.

IT IS FURTHER ORDERED that the cross-claim of Ultralite Enterprises, Inc., seeking indemnity and/or contribution from the United States of America, is hereby dismissed with prejudice, with each party to bear its own costs, including attorney's fees, if any.

IT IS FURTHER ORDERED that the cross-claim of the United States of America, seeking indemnity and/or contribution from Ultralite Enterprises, Inc., is hereby dismissed with prejudice, with each party to bear its own costs, including attorney's fees, if any.

Dated: August 05, 2005

/s/ James Ware
Hon. JAMES WARE
United States District Judge