IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald Cunningham, | NO. C 04-04641 JW |
|     Plaintiff,<br>v. | **ORDER TO SHOW CAUSE**<br>**RE: SETTLEMENT** |
| United States of America, et al., | |
|     Defendants. / | |

On September 19, 2005, the parties filed a supplemental joint case management statement informing the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates the case management conference currently scheduled for September 26, 2005. On or before October 19, 2005, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on October 31, 2005 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before October 19, 2005, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: September 23, 2005

04eciv4641oscsettl

     /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark St. Angelo mark.st.angelo@usdoj.gov
Michael A. Kelly mkelly@walkuplawoffice.com
Michon M. Herrin mherrin@walkuplawoffice.com
Thomas Glaspy tglaspy@sjglaspy.com

William McMillan
1595 Millenial Lane
Lawrenceville, GA 30045

**Dated: September 23, 2005**            **Richard W. Wieking, Clerk**

                                         **By:_/s/ JW Chambers_____**
                                             **Ronald L. Davis**
                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California