LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
MICHON M. HERRIN (State Bar #220494)
**ATTORNEYS FOR PLAINTIFFS**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| DONALD CUNNINGHAM, | Case No. C-04-4641 JW |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, ULTRALITE ENTERPRISES, INC., | |
| Defendants. | |

IT IS HEREBY ORDERED pursuant to a stipulation by and between the parties to this action through their designated counsel that the above-captioned action and all related cross actions are hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:

10/28/05

THE HON. JAMES WARE
United States District Judge

1

[PROPOSED] ORDER FOR DISMISSAL
CASE NO. C-04-4641 JW